NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN VAN ORMAN,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )         Case No. 2D19-1195
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____)


Opinion filed September 18, 2020.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Joanna Beth Conner and Matthew
D. Bernstein, Assistants Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.